**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **TALJ HOWARD** | **CASE NO. 2:22-CV-00880** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CITY OF JENNINGS ET AL** | **MAGISTRATE JUDGE LEBLANC** |

### ORDER GRANTING JOINT MOTION FOR DISMISSAL

Upon the joint motion of Plaintiff, Talj Howard, and Defendants, City of Jennings et al, to dismiss this case in light of the Agreement reached by the parties;

It is hereby **ORDERED** that: This matter is **DISMISSED WITH PREJUDICE**, subject to retention of jurisdiction and reinstatement upon any parties' motion for the purpose of resolving any claim that any party materially breached any provision of the Agreement. Each party shall bear its own costs.

**THUS DONE AND SIGNED** in Chambers this 9th day of August, 2024.

JAMES D. CAIN, JR.
UNITES STATES DISTRICT JUDGE